IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MITCHELL QUARLES,, | ) | CIVIL NO. 05-00630 HG-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL CUSUMANO, JOSEPH LUM, and CITY AND COUNTY OF HONOLULU, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on 11/8/2006, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation (Doc. 59) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 22, 2006.



                                       /S/ Helen Gillmor
                              Helen Gillmor
                              Chief United States District Judge

cc:all parties of record